# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| KONSTANTYN BUGARENKO, | : | Bankruptcy No. 06-14834DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW** this 6th day of August 2007, upon consideration of the Motion to Compel Production of Documents (the "Discovery Motion") filed by Thomas A. Biggins ("Biggins");

**And** the purpose of the Discovery Motion, like prior motions, being for Biggins to investigate whether facts exist to support a dischargeability complaint;

**And** the Court having issued a Memorandum Opinion and Order dated August 2, 2007, which held that the time has expired for Biggins to bring such a complaint, it would therefore appear that the Discovery Motion is moot;

**And** in any case, Biggins having failed to appear at the hearing to press the Discovery Motion

It is hereby ordered that the Discovery Motion is **DENIED**.

_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge